335 P.2d 509]

[Civ. No. 23077.   Second Dist., Div. Two.   Feb. 19, 1959.]

J-J CLUB, INC. (a Corporation), Appellant, v. DEPART-MENT OF ALCOHOLIC BEVERAGE CONTROL et al., Respondents.

Allan M. Myerson and Alexander Googooian for Appellant.

Edmund G. Brown, Attorney General, and Edward M. Belasco, Deputy Attorney General, for Respondents.

HERNDON, J.—This is an appeal from an order denying a petition for writ of mandate to compel the Alcoholic Beverage Control Appeals Board to hear and determine the merits of an appeal from a decision of the Department of Alcoholic Beverage Control revoking appellant's "on-sale" liquor license. The controlling issue is the timeliness of appellant's notice of appeal to the Appeals Board; the facts bearing upon said issue are essentially the same as those presented in *Pesce* v. *Department of Alcoholic Beverage Control,* 51 Cal.2d 310 [333 P.2d 15].

On the authority of that decision the order here appealed from is reversed.

Fox, P. J., and Ashburn, J., concurred.